IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEE L. MEADE and KELLY MEADE, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a political subdivision of Washington State,<br><br>Defendant. | No. 2:17-cv-01621-RSM<br><br>STIPULATION TO AMENDED COMPLAINT AND WITHDRAWAL OF MOTION TO DISMISS |

It is hereby stipulated by and between the parties hereto, KATEE L. MEADE and KELLY MEADE ("Plaintiff"), represented by and through their attorney, KENNETH W. BAGWELL of The Law Office of Kenneth W. Bagwell and THE CITY OF SEATTLE, represented by SARAH TILSTRA, Assistant City Attorney, City of Seattle, that the parties have agreed to the following:

1. Instead of opposing the City of Seattle's Motion to Dismiss, filed November 22, 2017, the Plaintiff will submit a Stipulated Amended Complaint, withdrawing the claims under the Washington Law Against Discrimination, RCW 49.60. A redline,

LAW OFFICE OF KENNETH W. BAGWELL, INC., P.S.
ATTORNEY AT LAW
9057 WASHINGTON AVENUE N.W.
SILVERDALE, WASHINGTON 98383
(360) 516-6799 • FAX (360) 516-6899
kbagwell@kbagwell-law.com

strikethrough version of that First Amended Complaint is attached hereto as Exhibit A.

2. The City of Seattle will withdraw its Motion to Dismiss upon the filing of the Plaintiff's Amended Complaint.

DATED this __12th__ day of December, 2017.

Respectfully submitted,

Law Office of Kenneth W. Bagwell, Inc., P.S.

_____/s/ Kenneth W. Bagwell_____
KENNETH W. BAGWELL, WSBA #32814
Attorney for Plaintiff

Peter S. Holmes
Seattle City Attorney

By:/s/ K. Bagwell #32814 Per Email authorization for
SARAH TILSTRA, WSBA #35706
Attorney for Defendant

*(ORDER ON FOLLOWING PAGE)*

Stipulation    Page **2** of **3**

LAW OFFICE OF KENNETH W. BAGWELL, INC., P.S.
ATTORNEY AT LAW
9057 WASHINGTON AVENUE N.W.
SILVERDALE, WASHINGTON 98383
(360) 516-6799 • FAX (360) 516-6899
kbagwell@kbagwell-law.com

# ORDER

Based upon the stipulation of the parties, it is ORDERED that the Plaintiff is granted leave to amend the complaint as presented.

DATED this 14th day of December, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Approved for Entry by:

Law Office of Kenneth W. Bagwell, Inc., P.S.

/s/ Kenneth W. Bagwell
KENNETH W. BAGWELL, WSBA #32814
Attorney for Plaintiff


Peter S. Holmes
Seattle City Attorney

By: /s/ K. Bagwell #32814 Per email authorization for
SARAH TILSTRA, WSBA #35706
Attorney for Defendant

LAW OFFICE OF KENNETH W. BAGWELL, INC., P.S.
ATTORNEY AT LAW
9057 WASHINGTON AVENUE N.W.
SILVERDALE, WASHINGTON 98383
(360) 516-6799 • FAX (360) 516-6899
kbagwell@kbagwell-law.com