Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEE L. MEADE and KELLY MEADE, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, a political subdivision of Washington State,<br><br>Defendant. | No. 2:17-cv-01621-RSM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISCLOSING EXPERT TESTIMONY** |

### STIPULATION

The deadline for disclosure of expert testimony under FRCP 26(a)(2) in this matter is August 1, 2018. Due to unforeseen delays in receiving Plaintiff Katee Meade's medical records, Defendant City of Seattle will be unable to meet that deadline with respect to the report of its psychological expert, Dr. Arthur Davis. The parties, by and through their attorneys, hereby stipulate and agree to extend the deadline for disclosure of Dr. Davis's written report to August 24, 2018. No other deadlines in this matter are requested to be changed or are anticipated to be affected.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DISCLOSING EXPERT TESTIMONY (2:17-cv-01621-RSM) - 1

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED this 9th day of July, 2018.

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | LAW OFFICE OF KENNETH W.<br>BAGWELL, INC., P.S. |
| By: *s/ Sarah Tilstra*<br>SARAH TILSTRA, WSBA #35706<br>Assistant City Attorney<br>(206) 684-8230<br>sarah.tilstra@seattle.gov | By: *s/ Kenneth Bagwell*<br>KENNETH BAGWELL, WSBA #32814<br>9057 Washington Avenue NW<br>Silverdale, WA 98383<br>(360) 516-6799<br>kbagwell@kbagwell-law.com |
| Andrea Scheele, WSBA #36773<br>Assistant City Attorney<br>(206) 615-0768<br>andrea.scheele@seattle.gov | *Attorney for Plaintiffs*<br><br>*(authorization to sign obtained via e-mail)* |
| Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7097 | |
| *Attorneys for Defendant* | |

## ORDER

THE COURT, having read and considered the parties' Stipulation to Extend Deadline for Disclosing Expert Testimony, NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for disclosure of the City's psychological expert's written report is extended to August 24, 2018.

DATED this 10 day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DISCLOSING EXPERT TESTIMONY (2:17-cv-01621-RSM) - 2

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DISCLOSING EXPERT TESTIMONY (2:17-cv-01621-RSM) - 3

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200